UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


THE SATER DESIGN COLLECTION, INC.;
THE SATER GROUP, INC.,

                    Plaintiffs,


vs.                                    Case No.  2:06-cv-27-FtM-99SPC


RELIABLE  HOMES,  INC.;  JACK  F.
STEPHENSON,

                    Defendants.
_____


**OPINION AND ORDER**

     This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #52), filed November 29, 2006, recommending that plaintiff and third party defendant's Motion to Strike (Doc. #39) be denied; that the Motion to Dismiss Counterclaim and for a More Definite Statement (Doc. #29) be denied as moot; and that the request for an extension of time to respond to the Amended Counterclaim and Amended Third Party Complaint (Doc. #39) be granted.   No objections have been filed and the time to do so has expired.

     After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1);  Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. #52) is hereby **adopted** and specifically incorporated herein as follows:

a.  Plaintiff and Third Party defendant's Motion to Strike (Doc. #39) is **DENIED;**

b.  Plaintiff and Third Party defendant's Motion to Dismiss Counterclaim and for a More Definite Statement (Doc. #29) is **DENIED** as **moot;** and

c.  Plaintiff and Third Party defendant's request for an extension of time to respond to the Amended Counterclaim and

Amended Third Party Complaint (Doc. #39) is **GRANTED** and such response shall be filed within **TEN (10) DAYS** of this Order.

    **DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of December, 2006.


_____
JOHN E. STEELE
United States District Judge



Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties